IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DONETTA RAYMOND, et al. )<br>        Plaintiffs, )<br>vs. )<br>              )<br>SPIRIT AEROSYSTEMS HOLDINGS, INC. and )<br>SPIRIT AEROSYSTEMS, INC., )<br>              )<br>        Defendants. )<br>              ) | Case No. 16-1282-JWB-GEB |

**PLAINTIFIFS' MOTION FOR FINAL CERTIFICATION**

  Plaintiffs, by and through their undersigned counsel, hereby move this Court to grant final certification of their collective action pursuant to the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §626(b), which incorporates the "powers, remedies, and procedures" contained in 29 U.S.C. 216(b). In particular, Plaintiffs respectfully seek final certification of a collective of 15 Plaintiffs asserting claims of age discrimination in terminations, in violation of sections 623 (a)(1) and 623 (a)(2) of the ADEA (disparate treatment and disparate impact) and a collective of 51 Plaintiffs asserting claims of age discrimination in hiring in violation of section 623(a)(1) of the ADEA (disparate treatment). In support of their claims, Plaintiffs submit the accompanying Brief in Support of Plaintiffs' Motion for Final Certification and the exhibits referenced therein.

  WHEREFORE, Plaintiffs ask this honorable Court to GRANT their Motion for Final Certification.

  Respectfully submitted this 9th day of September 2022.

                s/Randall K. Rathbun
                Randall K. Rathbun #09765
                8301 East 21st Street North, Suite 450

Wichita, Kansas 67206
(316) 262-4000 (p); (316) 265-3819 (f)
randy@depewgillen.com

## CERTIFICATE OF SERVICE

    I hereby certify that on September 09, 2022, I submitted the foregoing to the CM/ECF system, which will send notice of electronic filing to counsel of record.

*/s/ Randall K. Rathbun*
Randall K. Rathbun, #09765